UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA THOMPSON, et al.,

    Plaintiffs,

v.                                                 Case No. 8:24-cv-349-KKM-AAS

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

    Defendant.
_____/

## ORDER

Defendant, the United States Department of Homeland Security (Homeland Security), requests an order to maintain the sealing of the United States Citizenship and Immigration Services' Certified Administrative Record (CAR), beyond the ninety days outlined in Local Rule 1.11(e), M.D. Fla. (Doc. 54). Plaintiffs Victoria Thompson, Vincenzo Pino, and Opal Street LLC do not oppose the motion. (*See* Doc. 55).

The public has a common-law right to access judicial proceedings, including the right to inspect and copy public records and court documents. *See Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). However, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access

1

against the other party's interest in keeping the information confidential." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

The CAR includes financial and business records and documents with personal identification information and addresses. Disclosure of this information is not authorized under statute and would harm legitimate privacy interests. *See* Fed. R. Civ. P. 5.2(a); 5 U.S.C. § 552a; *see also Clark v. Unum Life Ins. Co. of Am.*, No. 14-CV-1037, 2014 WL 12609869, at *2 (M.D. Fla. Oct. 16, 2014) (finding sealing warranted because the administrative record contained personal and financial information about the plaintiff, as well as the private financial information of third parties). Thus, for the reasons the court initially granted the seal under Local Rule 1.11(e), there is good cause for the CAR to remain under seal. (*See* Doc. 41).

Accordingly, Homeland Security's motion to maintain the seal of the CAR (Doc. 54) is **GRANTED**. Absent a future order to the contrary, these documents will remain under seal indefinitely.

**ORDERED** in Tampa, Florida, on May 12, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge